AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

JANE DOE 2 and JOHN DOE individually and as parents and Guardian's Ad Litem for JANE DOE, a minor,

*Plaintiff(s)*

v.

NIKE, INC., an Oregon corporation, and NATIONAL SCHOLASTIC ATHLETICS FOUNDATION, INC., a Massachusetts non-profit corporation,

*Defendant(s)*

Civil Action No. 3:26-cv-01929-JR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NIKE, INC., an Oregon corporation:

Registered Agent: UNITED AGENT GROUP INC.
7185 SW SANDBURG ST STE 110, PORTLAND, OREGON 97223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Z. Goldberg and Matthew Kaufmann,
6500 S. Macadam Ave, Suite 380, Portland Oregon 97239
E-mail: mkaufmann@goldbergloren.com
E-mail: pleadings@goldbergloren.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 09/22/2026**

**By: s/K. Skow, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| JANE DOE 2 and JOHN DOE individually and as parents and Guardian's Ad Litem for JANE DOE, a minor,<br>*Plaintiff(s)*<br>v.<br>NIKE, INC., an Oregon corporation, and NATIONAL SCHOLASTIC ATHLETICS FOUNDATION, INC., a Massachusetts non-profit corporation,<br>*Defendant(s)* | ) | Civil Action No. 3:26-cv-01929-JR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* NATIONAL SCHOLASTIC ATHLETICS FOUNDATION, INC., a Massachusetts non-profit corporation,

Attn: Josh Rowe
132 Jean Drive, Seekonk MA 02771

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: George Z. Goldberg and Matthew Kaufmann,
6500 S. Macadam Ave, Suite 380, Portland Oregon 97239
E-mail: mkaufmann@goldbergloren.com
E-mail: pleadings@goldbergloren.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

**Date: 09/22/2026** **By: s/K. Skow, Deputy Clerk**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON