AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-cv-01929-JR**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **NIKE INC.**
was received by me on **10/07/2026:**

☐ I personally served the **SUMMONS; AMENDED COMPLAINT; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Declination of Consent to Jurisdiction of a Magistrate Judge; Civil Case Management Time Schedules** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Andrea Stark**, who is designated by law to accept service of process on behalf of **NIKE INC.** at **7185 SW Sandburg St Ste 110, Portland, OR 97223** on **10/07/2026 at 12:56 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 125.00** for services, for a total of **$ 125.00**.

I declare under penalty of perjury that this information is true.

Date: 10/07/2026

*Server's signature*

**Kyle Mease**
*Printed name and title*

**1513 SE 127thAve**
**Portland, OR 97233**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; AMENDED COMPLAINT; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Declination of Consent to Jurisdiction of a Magistrate Judge; Civil Case Management Time Schedules, to Andrea Stark who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a red-headed white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**

Tracking #: **0245215389**